UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIANJIN DEVELOPMENT AREA CHANG
MING SHIPPING CO. LTD. and CHINA
SHIPPING INTERNATIONAL
TRADING CO. LTD.,

Case No.

Plaintiffs,

**STATEMENT RULE 7.1**

- against -

AMERICAN BUREAU OF SHIPPING,

Defendant.
-----------------------------------------------------------X

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (A Private Non-Governmental Party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

CHINA SHIPPING (GROUP) COMPANY

August 1, 2008
Date

JAMES F. SWEENEY (JS-7745)