UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIANJIN DEVELOPMENT AREA CHANG
MING SHIPPING CO. LTD. and CHINA SHIPPING     08 Civ. 6914 (PKC)
INTERNATIONAL TRADING CO. LTD.,

                Plaintiffs,                      **AFFIDAVIT OF SERVICE**

  - against -

AMERICAN BUREAU OF SHIPPING,

                Defendant.
------------------------------------------------------------X

STATE OF NEW YORK    )
                             : SS.:
COUNTY OF NEW YORK  )

        LAWRENCE MUNCK, being duly sworn, deposes and says:

        1.    I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiffs. I am not a party to this action, am over 21 years of age and reside in Rockland County, New York.

        2.    On August 25, 2008, I served a copy of the Summons and Complaint, Individual Practices of Judge P. Kevin Castel and Individual Practices of Judge Francis upon the following:

        AMERICAN BUREAU OF SHIPPING
        45 Broadway, 6th Floor
        New York, New York 10006-3739

by delivering to and leaving personally with Martha C. Adams, Associate General Counsel.

                                        LAWRENCE MUNCK

Sworn to before me this
25th day of August, 2008

_____
Valerie P. Clune
Notary Public, State of New York
No. 01CL4880479
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 15, 2010