UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TIANJIN DEVELOPMENT AREA CHANG
MING SHIPPING CO. LTD. and CHINA
SHIPPING INTERNATIONAL TRADING
CO. LTD.,

                         Plaintiffs,             Index No.: 08 Civ. 6914
                                                 Judge Castel

- against -

                                                 **Rule 7.1 Statement**

AMERICAN BUREAU OF SHIPPING,

                        Defendant.

---------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, American Bureau of Shipping, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                                      NONE

Date: September 4, 2008                           _____
                                                             Michael D. Wilson